JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

EDDIE SALAZAR,

    Plaintiff,

vs.

CAPITAL ONE, N.A.
    Defendant.

Case No.: 2:24-cv-09770-CBM-SK

**ORDER [20]**

## ORDER

Pursuant to the stipulation of the Parties, defendant Capital One, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 17, 2025

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE